## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MICHAEL G. MURPHY, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>THE KROGER CO.,<br><br>                Defendant. | Case No. 1:19-cv-472 |

## **NOTICE OF SETTLEMENT**

Plaintiff Michael Murphy, by and through his undersigned counsel, hereby advises this Honorable Court he has reached an agreement in principle with Defendant The Kroger Co. The parties are finalizing settlement documents and expect to file a notice of dismissal within thirty (30) days.

Dated:  March 5, 2020

Respectfully Submitted,

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet, SBN 87338
**THE SWEET LAW FIRM, PC**
1145 Bower Hill Road, Suite 104
Pittsburgh, Pennsylvania 15243
Phone: 412-742-0631
ben@sweetlawpc.com

Jonathan D. Miller, SBN 220848
NYE, STIRLING, HALE & MILLER
33 W. Mission Street, Suite 201
Santa Barbara, CA 93101
Phone: (805) 963-2345
Jonathan@nshmlaw.com

*Attorneys for Plaintiff MICHAEL G. MURPHY, individually and on behalf of all others similarly situated*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2020, I served a true and complete copy of the foregoing document entitled **NOTICE OF SETTLEMENT** via the Court's CM/ECF filing system to counsel for Defendant.

                                            */s/ Benjamin J. Sweet*
                                            Benjamin J. Sweet

2