# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MICHAEL G. MURPHY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER CO.,<br><br>Defendant. | Case No. 1:19-cv-472 |

## STIPULATION FOR DISMISSAL

Plaintiff, Michael Murphy, and Defendant, The Kroger Co., by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties, and;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: April 10, 2020

| | |
|---|---|
| NYE, STIRLING, HALE & MILLER, LLP | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| By:  */s/  Benjamin J. Sweet*<br>Benjamin J. Sweet, Esq.<br>ben@nshmlaw.com<br>1145 Bower Hill Road, Ste 104<br>Pittsburgh, PA 15243<br>Phone: (412) 857-5350 | By:   */s/ Gregory F*. *Hurley*<br>Gregory Hurley, CO BN 26208<br>ghurley@sheppardmullin.com<br>650 Town Center Drive, 4th Floor<br>Costa Mesa, CA 92626-1993<br>Phone: (714) 513-5100 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

2

**CERTIFICATE OF SERVICE**

      I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 10th day of April, 2020.

                                           */s/ Benjamin J. Sweet*
                                            Benjamin J. Sweet